**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

IN RE: **Sierra Pointe Apartments**　　　　　　　　　　CASE NO **10-36642**

　　　　　　　　　　　　　　　　　　　　　　　　　　CHAPTER **11**

# VERIFICATION OF CREDITOR MATRIX

　　The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date 09/24/2010　　　　　　　　　　　　　Signature /s/ Philip Twente
　　　　　　　　　　　　　　　　　　　　　　　　*Philip Twente*
　　　　　　　　　　　　　　　　　　　　　　　　*President of GP*

Date _____　　　　　Signature _____

A. Hamilton Service Co., Inc.
PO Box 160
Palmer, TX 75152


AAA Apartment Staffing
11511 Katy Freeway, Suite 130
Houston, TX 77079


Allied Waste Services
PO Box 78829
Pheonix, AZ 85062-6829


American Appliance Parts
1265 W. Hurst Blvd.
Hurst, TX 76053


American Realtors
3010 Frankford Road
Dallas, TX 75287


Ameristar Screen & Glass
PO Box 29309
Dallas, TX 75229


Ashon Company, Inc
d/b/a First Texas Precast
8800 S. Central Expressway
Dallas, TX 75241


AT&T
PO Box 5001
Carol Stream, IL  60197-5001


Atmos Energy
P.O. Box 790311
St. Louis, MO 63179-0311

Attorney General of Texas
Bankruptcy Division
P O Box 12548
Austin, TX 78711-2548


Be In Today, Inc
d/b/a Apartment Locator Service
2101 Bedford Rd., Suite H
Bedford, TX 76021


Call Insights
P.O. Drawer 2470
McKinney, TX 75070


City of Irving
P.O. Box 840534
Dallas, Texas 75284-0534


City of Irving - Inspections Department
P.O. Box 152288
Irving, TX 75015-2288


City of Irving - Utility Billing
P.O. Box 152288
Irving, TX 75015-2288


Classified Ventures LLC
2563 Collection Center Drive
Chicago, IL 60693


Comptroller of Public Accts
Rev Acct Div/Bankruptcy Sec
PO Box 13528
Austin, TX 78711


Dallas County Tax Assessor
John R. Ames, CTA
500 Elm Street
Dallas, TX 75202-3304

Discount Helium of Dallas, Inc.
P.O. Box 872061
Mesquite, TX 75187-2061


DMJ Management, Inc.
7762 N. College Circle
North Richland Hills, TX 76180


Find It Apartment Locators
PO Box 742324
Houston, TX 77074


Free Move Free Money
604 N Central Expwy, #B
Allen, TX 75013


Great American Business Products
PO Box 4422
Houston, TX 77210-4422


HD Supply Facilities Maintenance
PO Box 509058
San Diego, CA 92150-9058


Hewitt & Cowden Investigations
300 Trophy Club Drive
Suite 600
Trophy Club, TX 76262


Hocutt, Inc.
PO Box 271029
Dallas, TX 75227


Internal Revenue Service
Mail Code DAL-5020
1100 Commerce Street
Dallas, Texas   75242

Internal Revenue Service
PO Box 21126
Philadelphia, PA 19114

J.Ellis Apartment Locators
2916 W. Story Road
Irving, TX 75038

Key Bank
P.O. Box 94831
Cleveland, OH 44101-0000

Leasing Solutions, Inc.
PO Box 600160
Dallas, TX  75360-0160

Leslie's Pool Supplies, Inc.
PO Box 501162
St. Louis, MO 63150-1162

Maintenance Supply Headquarters
P.O. Box 203601
Houston, TX 77216-3601

Maxwell Painting Co.
PO Box 3430
Arlington, TX  76007

Metro Apartment Locators
804 Firestone
Richardson, TX 75080

Mister Ralph's, Inc.
1000 Dragon Street
Dallas, TX 75207-4292

Moveforfree.com, Inc.
c/o Kleberg Bank
PO Box 245
Kingsville, TX 78364


Namco of Dallas
3715 Conflans Road
Irving, TX 75061


Network Communications, Inc.
P.O. Box 100001
Lawrenceville, GA 30046-7001


Ozarka
P.O. Box 856680
Louisville, KY 40285-6680


Peachtree Business Products
P.O. Box 13290
Atlanta, GA 30324


Pennington Hill, L.L.P.
1010 Mustang Drive
Suite 101
Grapevine, TX 76051


Quill Corporation
PO Box 94081
Palatine, IL 60094


Red Carpet Cleaning
PO Box 295311
Lewisville, TX 75029-5311


Redi Carpet
P.O. Box 971442
Dallas, TX 75397-1442

Relocation Central by Cort  
4677 Old Ironsides Dr, #210  
Santa Clara, CA 95054

Rent.com Payment Center  
Department 1987  
Los Angeles, CA 90084-1987

Rexford Funding, LLC  
KAP Personnel  
PO Box 51162  
Los Angeles, CA 90051

S & D Electrical  
2315 S Lancaster Rd.  
Dallas, TX 75216

Sherwin-Williams  
3049 N Beltline Road  
Irving, TX 75062

Southwest Interior & Design  
PO Box 177433  
Irving, TX  75017-7433

Texas Apartment Locators Dallas, Inc.  
10223 Broadway #P265  
Perland, TX 77584

Texas Comptroller of Public Accounts  
ATTN:  Jeff Surber  
925 Lamar St., Suite 1900  
Wichita Falls, Texas 76301

Texas Department of Licensing  
P. O. Box 12157  
Austin, TX  78711

Texas Workforce Commission
101 E. 15th St.
Austin, TX 78778


The Envirotrol Company, Inc.
806 N Beltline Road
Grand Prairie, TX 75050


TXU Energy
P.O. Box 650638
Dallas, TX 75265-0638


U. S. Attorney
Main & Justice Bldg.
10th & Pennsylvania NW
Washington, DC 20530


U. S. Trustee's Office
1100 Commerce Street
Room 976
Dallas, TX 75242


Whitmore & Sons, Inc.
PO Box 210203
Bedford, TX 76095-7203


Wilmar
PO Box 404284
Atlanta, GA 30384-4284